PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kathleen Van Alstine    Cr.: 03-00503-01

Name of Sentencing Judicial Officer: Katharine S. Hayden

Date of Original Sentence: 08-10-04

Original Offense: Conspiracy to Distribute Heroin

Original Sentence: 6 months imprisonment; 5 years of TSR

Type of Supervision: Supervised Release    Date Supervision Commenced: 01-19-05

Assistant U.S. Attorney: Nancy Hoppock    Defense Attorney: Robert Obler, Esq. (Assigned)

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'<br><br>Offender tested positive for cocaine on August 28 and on October 2, 2007. |
| 2 | The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'<br><br>The offender was instructed to meet with a psychiatrist at the Discovery Institute in Marlboro, New Jersey on October 9, 2007. She failed to meet with this officer and the psychiatrist. |
| 3 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until** |

**satisfactorily discharged with the approval of the U.S. Probation Office.'**

The offender was scheduled to enter inpatient drug treatment at the Discovery Institute on October 9, 2007. She failed to report for treatment and her whereabouts are unknown.

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R Gonzalez
Senior U.S. Probation Officer
Date: 10-11-07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: ____________.
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/18/07
Date