**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

WILFREDO TORRES
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
MATTHEW F. MILLER
THOMAS C. MILLER

January 11, 2008

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Katharine S. Hayden, U.S. District Judge
U.S. Post Office and U.S. Courthouse
Room 311
P.O. Box 999
Newark, New Jersey 07101-0999

           RE:    **Van Alstine, Kathleen**
                   **Dkt. No. 03-00503-001**
                   **<u>CORE Court Hearing</u>**

Dear Judge Hayden:

On January 9, 2008, this officer along with Supervising Probation Officer Joann Barberio, appeared before Your Honor to provide the Court with a progress report of the offender's participation in the CORE Program.

The offender has not participated in drug treatment since December 21, 2007. She also failed to report for random urinalysis testing at the Open Door Program on December 28, 2007. Your Honor instructed this officer to contact the offender at her place of employment, Bennigan's Restaurant in North Brunswick, New Jersey. The offender must provide her home address as well as a verifiable telephone number where she can be reached. If she is not working at Bennigan's Restaurant, this officer is to notify Your Honor immediately.

Your Honor and this officer agreed to allow the offender to continue to participate in drug and mental health treatment at Catholic Charities in Trenton, New Jersey. In addition, she must schedule her work days in a manner in which it will not interfere with her treatment. If the offender does not take advantage of the opportunity that this Court has given her to participate in the CORE Program, she will be minimizing the efforts of all of the parties involved in her rehabilitation process. This officer feels the offender has the potential to do great things with her life as long as she stays focused and determined with treatment. The next CORE Court hearing is scheduled for February, 6, 2008, at 10:00 am.

In view of the cited instance of non-compliance, the undersigned recommends presentation of this letter to Kathleen Van Alstine as a written reprimand issued under the authority and with the approval of the Court. Hopefully, the offender will respond to Your Honor's written reprimand concerning her recent non-complaint behavior.

Kathleen Van Alstine
Page 2
January 11, 2008

If the Court agrees with our recommendation, below is a check list for your Honor's consideration and response. We will make ourselves available should the Court wish to discuss this matter. The undersigned officer may be contacted at (973) 645-4738.

                                                Respectfully submitted,

                                                CHRISTOPHER MALONEY, Chief
                                                U.S. Probation Officer

                                                By: Luis R. González
                                                   Sr. U.S. Probation Officer

[ ] Other - A U.S. Probation Officer will present this document to the defendant as a formal written reprimand, issued with the approval and under the authority of the United States District Court.

_____   1/17/08
Honorable Katharine S. Hayden       Date